**Dated: June 07, 2018**
**The following is SO ORDERED:**


**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:     ALBERT LITTLE,<br>              Debtor | Case No. 18-23535<br>Chapter 13 |

| | |
|---|---|
| **HOPE FEDERAL CREDIT UNION** | **MOVANT** |
| vs. | |
| **ALBERT LITTLE, Debtor;**<br>**and GEORGE W. STEVENSON, Trustee** | **RESPONDENTS** |

### ORDER GRANTING MOTION FOR COMFORT ORDER

This matter having come before the Court pursuant to the Motion for Comfort Order filed by Hope Federal Credit Union (hereinafter "Movant), and the Court, being fully advised, finds that the motion is well taken, and, therefore, is **GRANTED.** The instant bankruptcy case, 18-23535, is the Debtor's third (3rd) pending bankruptcy case within the previous one-year period measured back through time from the date of filing of the instant bankruptcy petition. The Debtor's previous bankruptcy cases include Chapter 13 case number 17-28370; that case was dismissed on October 24, 2017. The Debtor then filed Chapter 13 case no. 17-30456 on November 30, 2017; that case was dismissed on December 20, 2017. The instant bankruptcy petition was filed on April 26, 2018.

Pursuant to 11 U.S.C. 362(c)(4), the automatic stay did not come into effect upon the filing of the instant bankruptcy petition, and this Court confirms that the automatic stay has not been imposed in the instant bankruptcy case, and the stay is not currently in effect as to Movant, its successors and assigns, and the real property commonly known as **3171 Melborne Street, Memphis, TN 38127**.

Movant, its successors and assigns, are free to proceed with all remedies against the real property referenced herein, including initiating and/or concluding its unlawful detainer action for possession of the real property.

**APPROVED**:

Trustee:

   /s/ George W. Stevenson  
George W. Stevenson  
5350 Poplar Ave., Ste. 500  
Memphis, TN  38119


Attorneys for Movant:

WILSON & ASSOCIATES, P.L.L.C.  
5050 Poplar Avenue, Suite 1015  
Memphis, Tennessee 38157  
Phone (901) 578-9914  
Fax    (901) 578-9917


By:     /s/ James Bergstrom   (20622)  
          Joel W. Giddens (016700  
          Heather Martin-Herron (032248)  
          Angela Boyd Mathews (033125)

Case 18-23535    Doc 24    Filed 06/07/18    Entered 06/07/18 13:05:35    Desc Main
Document    Page 3 of 3

Case No. 18-23535
Chapter 13
Order Granting Motion For Comfort Order
Page 3 of 3

**NAMES AND ADDRESSES OF ENTITIES SERVED:**

Ted I. Jones
Attorney at Law
2670 Union Ave., Extended
Suite 1200
Memphis, TN  38104

George W. Stevenson
Trustee
5350 Poplar, Suite 500
Memphis, TN  38119-3697

Albert Little
Debtor
3171 Melbourne Street
Memphis, TN  38127

Joel W. Giddens
James Bergstrom
Heather Martin-Herron
Angela Boyd Mathews
5050 Poplar, Suite 1015
Memphis, Tennessee 38157

and ADDITIONAL: PARTIES (if required) AS FOLLOWS:

W&A No. 322689 / Loan No.XXXXXX8032